# GIBBONS



CHRISTINE A. AMALFE
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4829 Fax: (973) 639-6285
camalfe@gibbonslaw.com

January 4, 2010

VIA FACSIMILE

Honorable William H. Pauley, III
United States District Court
 for the Southern District of New York
Room 2210
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Tradition Chile Agentes de Valores Ltda. and Tradition (North America) Inc. v. ICAP Securities USA LLC, et al.
Civil Action No. 09-CV-10343

Dear Judge Pauley:

This firm represents Defendants ICAP Securities USA LLC and ICAP Capital Markets LLC ("the New Jersey Defendants") in the above-referenced matter. Pursuant to the Court's Order of December 22, 2009, opposition to Plaintiffs' Motion for a Preliminary Injunction is due today at 2 p.m. In the course of preparing our opposition brief, we reviewed Your Honor's Rules, which state that briefs are limited to 25 pages. The brief the New Jersey Defendants hope to submit is approximately 42 pages. Despite our best efforts to be succinct, because we have addressed the various theories raised in Plaintiffs' 48-page moving brief and 52-page Complaint, as well as the many cross-jurisdictional issues and Chilean law implicated by Plaintiffs' application, we have been unable to comply with the Court's page limit. Accordingly, the New Jersey Defendants hereby request permission to file a brief longer than that specified in Your Honor's Rules.

We apologize for the late request, but we had not finalized our brief prior to the long holiday weekend.

My office spoke with Your Honor's chambers this morning and we were given permission to fax this correspondence.

Thank you for your consideration of this request.

Respectfully yours,

Christine A. Amalfe
Director

CAA/tlt
cc: Simon Miller, Esq. (via Facsimile)

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

January 4, 2010

Newark  New York  Trenton  Philadelphia  Wilmington