UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRADITION CHILE AGENTES de VALORES LTDA. and TRADITION (NORTH AMERICA) INC., <br><br> Plaintiffs, <br><br> - against - <br><br> ICAP SECURITIES USA LLC, ICAP CAPITAL MARKETS LLC, SIF ICAP, SA de CV, ICAP SECURITIES CHILE SA (a/k/a SIF ICAP CHILE), ANDRES MOSQUEIRA ARAYA, FELIPE RODRIGUEZ RAMOS, EMILIO VASQUEZ, MARIA LAURA DUTTO GIMENEZ, GONZALO SIERRA BOU, CRISTOBAL WARNKEN MATTE, ENRIQUE VEY MOYANO, EDUARDO FERNANDEZ, RODRIGO ATENAS VELIZ, DENISE SUNNAH, and CHRISTIAN SCHULTZ, <br><br> Defendants. | Case No. 09 Civ. 10343 (WHP) |

---

**DEFENDANTS SIF ICAP, S.A. de C.V. AND SIF ICAP CHILE S.A.'s
APPENDIX OF UNPUBLISHED DECISIONS**

---

Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
973.274.3299 (Fax)

*Attorneys for defendants
SIF ICAP, S.A. de C.V. and
SIF ICAP CHILE S.A.*

## Appendix of Unpublished Cases

## Table of Contents

**Tab    Case**

1.  *Argonaut Partnership, L.P.. v. Bankers Trustee Co., Ltd.*, No. 96 Civ. 1970 (MBM), 96 Civ. 2222 (MBM), 1997 U.S. Dist. LEXIS 1092 (S.D.N.Y. Feb. 4, 1997)

2.  *Baer v. Chase*, No. Civ.A. 02-CV-2334 (JAP), 2004 WL 350050 (D.N.J. Feb. 20, 2004)

3.  *Baird, Patrick & Co., Inc. v. Maxcor Financial, Inc.*, NASD Case No. 03-7325 (N.Y. April 13, 2006)

4.  *BlackRock, Inc. v. Schroders PLC*, No. 07 Civ. 3183 (PKL), 2007 U.S. Dist. LEXIS 39279 (S.D.N.Y. May 30, 2007)

5.  *Bozell Group, Inc. v. Carpet Co-op of America Ass'n, Inc.*, No. 00 Civ. 1248 (RWS), 2000 U.S. Dist. LEXIS 15088 (S.D.N.Y. Oct. 11, 2000)

6.  *Campaniello Imports, Ltd. v. Saporiti Italia S.P.A.*, No. 95 Civ. 7685 (RPP), 1996 U.S. Dist. LEXIS 11064 (S.D.N.Y. Aug. 2, 1996)

7.  *ENV Services, Inc. v. Maxime*, 10 Misc. 3d 1054(A), 809 N.Y.S.2d 481, 2005 N.Y. Misc. LEXIS 2690 (Sup. Ct. Nassau County November 28, 2005)

8.  *Foster Wheeler Iberia S.A. v. Mapfre Empresas S.A.S.*, No. 601916/06, 2007 NY Slip Op 50619U (N.Y. Sup. Ct. Mar. 27, 2007)

9.  *Freeplay Music, Inc. v. Cox Radio, Inc.*, No. 04 Civ. 5238 (GEL), 2005 U.S. Dist. LEXIS 12397 (S.D.N.Y June 22, 2005)

10. *GCG Int'l, Inc. v. Eberhardt*, No. 05 Civ. 2422 (DC), 2005 U.S. Dist. LEXIS 23877 (S.D.N.Y. Oct. 17, 2005)

11. "GFI Says Some Of Its Top Brokers May Be Defecting," www.MarketWatch.com (April 18, 2008)

12. *GFI Securities LLC v. Tradition Asiel Securities Inc.*, 21 Misc.3d 1111(A), 873 N.Y.S.2d 511, 2008 WL 4559921 (N.Y.Sup. July 28, 2008)

13. *Heartland Sec. Corp. v. Gerstenblatt*, No. 99 CIV 3694, 2000 WL 303274 (S.D.N.Y. Mar. 22, 2000)

14. *Hope's Windows, Inc. v. Woodbridge Glass, Inc.*, No. 04-CV-00378 (JTE), slip op. (W.D.N.Y. Dec. 6, 2004)

15. *Intercapital Debt Trading Ltd. v. Cantor Fitzgerald L.P.*, 213 N.Y.I.J. (Sup. Ct. N.Y. County Mar. 9, 1995)

16. *JSC Surgutneftegaz v. President and Fellows of Harvard College*, No. 04 Civ. 6069 (RCC), 2005 WL 1863676 (S.D.N.Y. Aug. 3, 2005), *aff'd*, 167 Fed. App'x 266 (2d Cir. 2006)

17. *Lorca, Castillo S.A.C. v Pettibone Corp.*, No. 81 C 2863, 1982 U.S. Dist. LEXIS 13480 (N.D. Ill. May 23, 1982)

18. *Netherby Ltd. v. Jones Apparel Group, Inc.*, No. 04 Civ. 7028 (GEL), 2007 U.S. Dist. LEXIS 25720 (S.D.N.Y. April 5, 2007)

19. *Niv v. Hilton Hotels Corp.*, No. 06 Civ. 7839 (PKL), 2008 WL 4849334 (S.D.N.Y. Nov. 10, 2008)

20. *PaineWebber Inc. v. WHV, Inc.*, No. 95 Civ. 0052 (LMM), 1995 U.S. Dist. LEXIS 6514 (S.D.N.Y. May 16, 1995)

21. *Phoenix Bulk Carriers Ltd. v. Oldendorff Carriers GMBH & Co., KG*, No. 01-Civ.-11777, 2002 WL 31478198 (S.D.N.Y. Nov. 6, 2002)

22. *Pieczenik v. Dolan*, No. 03 Civ. 6336 (SAS), 2003 U.S. Dist. LEXIS 23295 (S.D.N.Y. Dec. 30, 2003)

23. *Prebon Fin. Prods., Inc. v. GFI Group, Inc.*, Nos. 603085/00, 115749/00 (Sup. Ct. N.Y. County Oct. 31, 2000)

24. *Rovic v. Hanson*, No. CV599617S, 2000 WL 1624506 (Conn. Super. Ct. Oct. 2, 2000)

25. *Saab v. Citibank, N.A.*, No. 00 Civ. 6784, 2001 WL 1382577 (S.D.N.Y. Nov. 7, 2001), *aff'd*, 50 Fed. App'x 469, No. 01-9417, 2002 WL 31317708 (2d Cir. Oct. 16, 2002)

26. *Spencer Trask Ventures, Inc. v. Archos*, No. 01 Civ. 1169 (LAP), 2002 U.S. Dist. LEXIS 4396 (S.D.N.Y. March 18, 2002)

27. *Varnelo v. Eastwind Transport, Ltd.*, No. 02 Civ. 2084 (KMW)(AJP), 2003 U.S. Dist. LEXIS 1424 (S.D.N.Y. Feb. 3, 2003)

28. *Zamer v. Diliddo*, No. 97-CV-32S(H), 1997 WL 578753 (W.D.N.Y. Aug. 18, 1997)